[No. 9610–2–II.   Division Two.   October 13, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY JOHN McMAHON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 85–1–00836–7, Robert L. Harris, J., entered February 14, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.

[No. 10060–6–II.   Division Two.   October 13, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. KELLY WAYNE HOLLIS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 45167R160, Ronald C. Wilkinson, J. Pro Tem., entered June 20, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.

[No. 10797–0–II.   Division Two.   October 13, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY E. CHERRY, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86–1–00105–3, Robert L. Charette, J., entered February 18, 1987. *Vacated* and *remanded* by unpublished opinion per Reed, C.J., concurred in by Petrich, J., Alexander, J., dissenting.